FILED
CLERK, U.S. DISTRICT COURT

05/26/2021

CENTRAL DISTRICT OF CALIFORNIA
BY: ___DM___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

April 2021 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>              v.<br><br>VLADIMIR GOHMAN,<br>   aka "Mike Maru,"<br>BORIS POLOSIN,<br>IGOR PANCHERNIKOV,<br>   aka "Mike Maru,"<br>ELENA SHIFRIN,<br>   aka "Alexander Belov," and<br>VLADIMIR PRIDACHA,<br><br>              Defendants. | CR 2:21-cr-00259-AB<br><br>I N D I C T M E N T<br><br>[22 U.S.C. § 2778(b)(2), (c); 22 C.F.R. §§ 121.1, 123.1, 127.1(a)(4): Conspiracy to Violate the Arms Export Control Act; 18 U.S.C. § 371: Conspiracy to Commit Offenses Against the United States; 18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c): Forfeiture] |

The Grand Jury charges:

INTRODUCTORY ALLEGATIONS

A.   DEFENDANTS AND RELEVANT ENTITIES

At times relevant to this Indictment:

1.   Defendant VLADIMIR GOHMAN, also known as ("aka") "Mike Maru" ("GOHMAN") was a citizen and resident of Israel.

2.   Defendant BORIS POLOSIN ("POLOSIN") was a citizen and resident of Russia.

3.     Defendant IGOR PANCHERNIKOV, aka "Mike Maru" ("PANCHERNIKOV") was a citizen of Israel.  Between at least 2016 and September 2018, PANCHERNIKOV resided at a house in Corona, California (the "Corona Residence"), within the Central District of California.

4.     Defendant ELENA SHIFRIN, aka "Alexander Belov" ("SHIFRIN") was a citizen of the United States and resided at a house in Mundelein, Illinois (the "Mundelein Residence").

5.     Defendant VLADIMIR PRIDACHA ("PRIDACHA") was a citizen of the United States and resided at a house in Volo, Illinois (the "Volo Residence").

6.     U.S. Company #1 was a company located in the United States that sold thermal imaging scopes.  Thermal imaging scopes are designed to be mounted either on firearms or headgear and use heat-detection technology to enhance the visibility of heat-emitting objects in the dark.

7.     U.S. Company #2 was a company located in the United States that sold thermal imaging scopes.

B.   LAWS RESTRICTING THE EXPORT OF DEFENSE ARTICLES

8.     The Arms Export Control Act, Title 22, United States Code, Section 2778 ("AECA"), authorized the President of the United States to control the export of "defense articles" by designating certain items as defense articles and promulgating regulations for the import and export of such articles.

9.     Defense articles that were subject to such licensing requirements were designated on the United States Munitions List ("USML"), as set forth in the International Traffic in Arms Regulations, Title 22, Code of Federal Regulations, Parts 120-130 ("ITAR").  Those designations were made by the United States

2

Department of State ("Department of State") with the concurrence of the United States Department of Defense ("Department of Defense"). (22 U.S.C. § 2778(a)(1); 22 C.F.R. § 120.2.)

10. The AECA and ITAR required a person to apply for and obtain an export license from the Department of State's Directorate of Defense Trade Controls ("DDTC") before exporting defense articles, by any means, from the United States. (22 U.S.C. § 2778(b)(2); 22 C.F.R. §§ 120.1, 120.17.)

11. Category XII of the USML included fire control, laser, imaging, and guidance equipment. Subsection (c)(2)(i) of Category XII of the USML included weapon sights or aiming or imaging systems, specially designed to mount to a weapon or withstand weapon shock or recoil, with or without an integrated viewer or display, and also incorporating an infrared focal plane array having a peak response wavelength exceeding 1,000 nanometers. (22 C.F.R. § 121.1.)

12. The following items were defense articles as defined by Category XII(c)(2)(i) of the USML:

    a. Trijicon IR Hunter Mark III 60mm Thermal Riflescope, Part Number IRMK3-60;

    b. Exelis/Harris AN/PSQ-20A Spiral Enhanced Night Vision Goggle;

    c. BAE Systems UTCxii Universal Thermal Clip-On Sight;

    d. BAE Systems SkeetIRx Micro Thermal Imaging Monocular, Serial Number 02525;

    e. BAE Systems UTMx Thermal Monocular;

    f. Trijicon Reap-IR 35mm Mini Thermal Riflescope, Serial Number 55091;

    g. Skeet IR-L Micro Thermal Monocular;

h.   BAE Systems SkeetIRx Micro Thermal Imaging Monocular, Serial Number 02573;

i.   BAE Systems SkeetIRx Micro Thermal Imaging Monocular, Serial Number 02567; and

j.   Trijicon Reap-IR 60mm Mini Thermal Riflescope.

13.   Defendants POLOSIN, GOHMAN, PANCHERNIKOV, SHIFRIN, and PRIDACHA did not apply for, receive, or possess a license to export or broker the export of defense articles from the United States.

C.   LAWS GOVERNING THE FILING OF ELECTRONIC EXPORT INFORMATION

14.   The United States Department of Commerce required the filing of electronic export information ("EEI") through the Automated Export System for the export of commodities valued over $2,500, and for any commodities requiring an export license, including defense articles.  (13 U.S.C. § 305; 15 C.F.R. Part 30.)

15.   The EEI was required to contain, among other information, the names and addresses of the parties to the transaction, and the description, quantity, and value of the items exported.  (15 C.F.R. § 30.6(a).)

COUNT ONE

[22 U.S.C. § 2778(b)(2), (c);

22 C.F.R. §§ 121.1, 123.1, 127.1(a)(4)]

A.   OBJECT OF THE CONSPIRACY

16.   The Grand Jury re-alleges and incorporates here paragraphs 1 through 15 of the Introductory Allegations of this Indictment.

17.   Beginning no later than on or about December 13, 2016, and continuing until at least on or about October 28, 2020, in Los Angeles County, within the Central District of California, and elsewhere, defendants VLADIMIR GOHMAN, also known as ("aka") "Mike Maru" ("GOHMAN"), BORIS POLOSIN ("POLOSIN"), IGOR PANCHERNIKOV, aka "Mike Maru" ("PANCHERNIKOV"), ELENA SHIFRIN, aka "Alexander Belov" ("SHIFRIN"), and VLADIMIR PRIDACHA ("PRIDACHA"), together with others known and unknown to the Grand Jury, conspired and agreed with each other to knowingly and willfully export from the United States to Russia defense articles that were covered by the United States Munitions List without first obtaining from the United States Department of State a valid license or other approval for such export, in violation of 22 U.S.C. § 2778(b)(2) and 22 C.F.R. §§ 121.1, 123.1, 127.1(a)(4).

B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE ACCOMPLISHED

18.   The object of the conspiracy was to be accomplished, in substance, as follows:

a.   Defendant POLOSIN would direct defendant GOHMAN to purchase defense articles, namely, thermal riflescopes, weapons

5

sights, monoculars, and night-vision goggles, from online sellers in the United States.

b.    Defendant POLOSIN would direct defendant GOHMAN to have the defense articles exported to Russia with the contents of the exports falsely described as non-export-controlled items with a value of less than $2,500.

c.    Defendant GOHMAN would purchase defense articles from online sellers in the United States and direct the sellers to mail the thermal riflescopes to defendants PANCHERNIKOV, PRIDACHA, or SHIFRIN.

d.    Defendant GOHMAN would instruct defendants PANCHERNIKOV and SHIFRIN to export defense articles to Russia and to falsely describe the contents of the exports as non-export-controlled items with a value of less than $2,500.  Defendant GOHMAN would further instruct defendant SHIFRIN to use false sender names and false sender addresses when exporting such items to Russia.

e.    Defendant PANCHERNIKOV would mail defense articles to co-conspirators in Russia without obtaining the required export licenses or filing EEI and would falsely describe the contents of the exports as non-export-controlled items with a value of less than $2,500.

f.    Defendant PANCHERNIKOV would mail defense articles to defendant SHIFRIN to export to Russia.

g.    Defendant PRIDACHA would deliver defense articles to defendant SHIFRIN to export to Russia.

h.    Defendant SHIFRIN would mail defense articles to defendant POLOSIN and other co-conspirators in Russia without obtaining the required export licenses or filing EEI and would

falsely describe the contents of the exports as non-export-controlled items with a value of less than $2,500.

C.    OVERT ACTS

19.   On or about the following dates, in furtherance of the conspiracy and to accomplish its object, defendants GOHMAN, POLOSIN, PANCHERNIKOV, SHIFRIN, and PRIDACHA, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to, the following:

Overt Act No. 1:    On December 9, 2016, defendant GOHMAN ordered a Trijicon IR Hunter Mark III 60mm Thermal Riflescope, Part Number IRMK3-60 from U.S. Company #1 and directed U.S. Company #1 to deliver the item to "Elena" at the Mundelein Residence.

Overt Act No. 2:    On December 13, 2016, defendant GOHMAN sent e-mails to a representative of U.S. Company #1 in which he identified himself as "Mike Maru," asked to purchase a thermal riflescope, stated that he could pay upfront because he had "received assurances from Boris," and stated that he was in the United States in the "Chicago area."

Overt Act No. 3:    On January 13, 2017, defendant GOHMAN purchased a BAE OASYS Thermal Mono X Thermal Imaging Device from an online seller for $9,000 and directed the seller to deliver the item to defendant PANCHERNIKOV at the Corona Residence.

Overt Act No. 4:    On January 15, 2017, defendant GOHMAN purchased an Exelis/Harris AN/PSQ-20A Spiral Enhanced Night Vision Goggle from an online seller for $15,000 and directed the seller to deliver the item to defendant PANCHERNIKOV at the Corona Residence.

1    <u>Overt Act No. 5:</u>   On January 27, 2017, defendant POLOSIN
2    ordered two thermal riflescopes from U.S. Company #1 for $13,229.

3    <u>Overt Act No. 6:</u>   On January 30, 2017, defendant POLOSIN sent
4    an e-mail to a representative for U.S. Company #1, stating that
5    defendant PANCHERNIKOV was his friend and would pay for the thermal
6    riflescopes that defendant POLOSIN had ordered, and that the items
7    should be sent to defendant PANCHERNIKOV at the Corona Residence.

8    <u>Overt Act No. 7:</u>   On May 1, 2017, defendant GOHMAN purchased a
9    BAE Systems UTCxii Universal Thermal Clip-On Sight from U.S. Company
10   #1 for $20,910 and directed U.S. Company #1 to deliver the item to
11   defendant PANCHERNIKOV at the Corona Residence.

12   <u>Overt Act No. 8:</u>   On May 22, 2017, defendant GOHMAN sent
13   defendants POLOSIN and PANCHERNIKOV e-mails containing instructions
14   to ship a package to "Sotnikova Valentina" at an address on
15   Stavropolskaya Street in Moscow, Russia (the "Stavropolskaya
16   Address"), and to list the items in the package as "women's clothes
17   and shoes."

18   <u>Overt Act No. 9:</u>   On May 24, 2017, defendant GOHMAN purchased
19   a Skeet IR-X thermal riflescope from U.S. Company #1 for $14,144 and
20   directed U.S. Company #1 to deliver the item to defendant
21   PANCHERNIKOV at the Corona Residence.

22   <u>Overt Act No. 10:</u>   On June 13, 2017, defendant GOHMAN sent
23   defendant POLOSIN an e-mail containing as an attachment a pre-paid
24   shipping label listing the sender as defendant PANCHERNIKOV at the
25   Corona Residence, the recipient as "Olga Puzakova" at an address on
26   Vysotniy Street in Moscow, Russia (the "Vysotniy Address"), and the
27   items as "women's clothes and shoes."

28

Overt Act No. 11:   On June 13, 2017, defendant GOHMAN sent defendants POLOSIN and PANCHERNIKOV an e-mail containing as an attachment a revised pre-paid shipping label listing the sender as "Mike Maru," the recipient as "Olga Puzakova" at the Vysotniy Address, and the items as "women's clothes and shoes."

Overt Act No. 12:   On June 13, 2017, defendant PANCHERNIKOV exported a package with a pre-paid shipping label that defendant GOHMAN had sent him earlier that day to "Olga Puzakova" at the Vysotniy Address, using the alias "Mike Maru" and listing the contents as "Women Clothes; 1 Women Shoes; 1 Women Bag," with a value of $426.

Overt Act No. 13:   On June 14, 2017, defendant PANCHERNIKOV conducted the following Internet searches: (1) "how to get ITAR certification"; (2) "what does it mean to be ITAR compliant"; (3) "what is ITAR regulations"; and (4) "What is Arms Export Control Act?"

Overt Act No. 14:   On June 27, 2017, defendant GOHMAN purchased a BAE Systems SkeetIRx Micro Thermal Imaging Monocular, Serial Number 02525 from an online seller for $13,521 and directed the seller to ship the item to defendant PANCHERNIKOV at the Corona Residence.

Overt Act No. 15:   On August 26, 2017, defendant GOHMAN ordered a BAE Systems UTMx Universal Thermal Monocular from an online seller for $4,000 and directed the seller to ship the item to defendant PANCHERNIKOV at the Corona Residence.

Overt Act No. 16:   On September 2, 2017, defendant GOHMAN ordered a BAE Systems UTMx Universal Thermal Monocular from an online seller for $5,000 and directed the seller to ship the item to defendant PANCHERNIKOV at the Corona Residence.

Overt Act No. 17:   On September 5, 2017, defendant GOHMAN ordered two BAE Systems UTMx Universal Thermal Monoculars from an online seller for $9,250 and directed the seller to ship the items to defendant PANCHERNIKOV at the Corona Residence.

Overt Act No. 18:   On September 18, 2017, defendant GOHMAN sent defendant PANCHERNIKOV an e-mail containing as an attachment a shipping label to ship a package from the Corona Residence to the Mundelein Residence.

Overt Act No. 19:   On September 18, 2017, defendant PANCHERNIKOV shipped a package to the Mundelein Residence containing a shipping label that defendant GOHMAN had e-mailed to him earlier that day.

Overt Act No. 20:   On October 2, 2017, defendant GOHMAN sent an e-mail to defendant PANCHERNIKOV containing as an attachment a prepopulated shipping label to ship a package from the Corona Residence to defendant GOHMAN at the Mundelein Residence.

Overt Act No. 21:   On October 5, 2017, defendant PANCERHNIKOV shipped to the Mundelein Residence a package bearing a shipping label that defendant GOHMAN had sent to defendant PANCHERNIKOV on October 2, 2017.

Overt Act No. 22:   On October 13, 2017, an unknown co-conspirator exported a package to "Julia Polosina" at an address on Novorossiyskaya Street in Moscow, Russia (the "Novorossiyskaya Address"), using the alias "Debra Stout" and listing the shipper's address as 626 West Sycamore Street, Vernon Hills, Illinois (the "Sycamore Address").

Overt Act No. 23:   On November 7, 2017, defendant GOHMAN bought a Reap-IR 35 mm Mini Thermal Riflescope from an online seller and

10

directed the seller to deliver the item to defendant PANCHERNIKOV at the Corona Residence.

Overt Act No. 24:   On November 15, 2017, defendant GOHMAN sent an e-mail to defendant PANCHERNIKOV containing as an attachment a prepopulated shipping label to ship a package from the Corona Residence to defendant GOHMAN at the Mundelein Residence.

Overt Act No. 25:   On November 18, 2017, defendant PANCHERNIKOV mailed a package addressed to defendant GOHMAN at the Mundelein Residence using a pre-paid shipping label that defendant GOHMAN sent on November 15, 2017.

Overt Act No. 26:   On November 20, 2017, defendant GOHMAN bought a thermal riflescope from an online seller for $3,700 and directed the seller to ship the item to the Corona Residence.  On the same date, the eBay seller e-mailed GOHMAN, "This is an ITAR item and must stay in the US," and defendant GOHMAN replied, "Sure stay in US."

Overt Act No. 27:   On November 23, 2017, defendant GOHMAN bought one PVS 15 night-vision binocular omni VII Thin Film Autogated PEQ from an online seller for $7,500 and directed the seller to ship the item to defendant PANCHERNIKOV at the Corona Residence.

Overt Act No. 28:   On November 25, 2017, defendant GOHMAN e-mailed defendant POLOSIN a purchase receipt for a PVS 15 night-vision device he bought on November 23, 2017.

Overt Act No. 29:   On November 27, 2017, defendant POLOSIN e-mailed defendant GOHMAN shipping labels to ship two packages to the Stavropolskaya Address with the contents listed as (1) "Children cloth – 1 set (187 usd) Spare parts – 1 set (59 usd) Pelican Case#1200(empty) – 1 pcs (42 usd) Women cloth – 1 pcs (82 usd)," and

(2) "PorterCable 6 Tool Combo Kit – 1 pcs (259 usd);" and a shipping label to ship a third package to the Vysotniy Address with the contents listed as "PorterCable 6 Tool Combo Kit – 1 pcs (259 usd)."

Overt Act No. 30:   On November 27, 2017, an unknown co-conspirator exported three packages to Russia that purported to contain the same items that defendant POLOSIN had listed in an e-mail that was sent to defendant GOHMAN earlier that day, including: one to the Stavropolskaya Address, which listed the sender as "Vladimir Gohman" and the sender's address as the Mundelein Address; one to the Stavropolskaya Address, which listed the sender as "Debra Stout," an alias, and the sender's address as the Sycamore Address; and one to the Vysotniy Address, which listed the sender as "Debra Stout," an alias, and the sender's address as the Sycamore Address.

Overt Act No. 31:   On November 27, 2017, defendant PANCHERNIKOV purchased a Trijicon Reap-IR 35mm Mini Thermal Riflescope, Serial Number 55091, for $6,400 from U.S. Company #1 and directed U.S. Company #1 to ship the item to the Corona Residence.

Overt Act No. 32:   On December 12, 2017, defendant PANCHERNIKOV purchased a BAE Systems Skeet IR-L Micro Thermal Monocular for $8,000 from U.S. Company #1 and directed U.S. Company #1 to ship the item to the Corona Residence.

Overt Act No. 33:   On December 16, 2017, defendant POLOSIN directed defendant GOHMAN to purchase an AN-PAS-13D Heavy Weapon Thermal Sight from an online seller.

Overt Act No. 34:   On December 17, 2017, defendant GOHMAN purchased an AN-PAS-13D Heavy Weapon Thermal Sight from an online seller and directed the seller to ship the item to the Mundelein Residence.  In connection with that purchase, defendant GOHMAN signed

12

a Statement of Understanding in which he provided a false Illinois
Driver's License, falsely stated that he was a United States citizen,
and stated that he would not sell or trade the item to any non-U.S.
citizen, would not export the item from the United States, and would
comply with ITAR regulations.

<u>Overt Act No. 35:</u>   On December 20, 2017, defendant PANCHERNIKOV
purchased a BAE Systems SkeetIRx Micro Thermal Imaging Monocular,
Serial Number 02573, for $12,647.61 from U.S. Company #1 and directed
U.S. Company #1 to ship it to the Corona Residence.

<u>Overt Act No. 36:</u>   On December 21, 2017, defendant POLOSIN e-
mailed defendant GOHMAN instructions to ship one package to "Polosina
Yuliya" at the Vysotniy Address, and a second package to "Arina
Shamsutdinova" at the Stavropolskaya Address, and to list the
contents as a Porter-Cable Kit, Celestron Telescope, and "Spare Parts
Kit."

<u>Overt Act No. 37:</u>   On December 21, 2017, an unknown co-
conspirator exported: one package to "Polosina Yuliya" at the
Vysotniy Address, which listed the sender as "Pol Graune," an alias,
and the sender's address as the Sycamore Address; and a second
package to "Arina Shamsutdinova" at the Stavropolskaya Address, which
listed the sender as "Jonn Moran," an alias, and the sender's address
as 198 Lakeview Parkway, Vernon Hills, Illinois.  On both packages,
the unknown co-conspirator listed the items in the packages as the
same items that defendant POLOSIN had listed in an e-mail that
defendant POLOSIN sent to defendant GOHMAN earlier on December 21,
2017.

<u>Overt Act No. 38:</u>   On December 26, 2017, defendant PANCHERNIKOV
purchased a BAE Systems SkeetIRx Micro Thermal Imaging Monocular,

Serial Number 02567, for $14,247.07 from U.S. Company #1 and directed U.S. Company #1 to ship it to the Corona Residence.

Overt Act No. 39:   On December 29, 2017, defendant GOHMAN e-mailed defendant PANCHERNIKOV a shipping label to ship a package from the Corona Residence to the Mundelein Residence.

Overt Act No. 40:   On January 2, 2018, defendant PANCHERNIKOV shipped a package from the Corona Residence to the Mundelein Residence.

Overt Act No. 41:   On January 5, 2018, defendant GOHMAN e-mailed defendant SHIFRIN the following instructions for sending packages, using aliases, to three addresses in Moscow, Russia: (1) from "Alex Brown" at 687 N. Milwaukee Ave, Vernon Hills, Illinois (the "Milwaukee Address") to "Olga Puzakova" at the Novorossiyskaya Address, with the contents listed as "Children cloth and Blender"; (2) from "John Mayer" at the Milwaukee Address to "Olga Sotnikova" at the Vysotniy Address, with the contents listed as "Manual tool Pacific"; and (3) from "John Mayer" at the Milwaukee Address to Arina Shamsutdinova at the Stavropolskaya Address, with the contents listed as "Celestron telescope and spare parts."

Overt Act No. 42:   On January 8, 2018, an unknown co-conspirator exported three packages containing the same sender, recipient, and content descriptions that defendant GOHMAN had e-mailed to defendant SHIFRIN on January 5, 2018.

Overt Act No. 43:   On February 10, 2018, defendant GOHMAN purchased an L3 PVS 31 night-vision device from an online seller for $17,000 and directed the seller to deliver the item to defendant PANCHERNIKOV at the Corona Residence.

1    Overt Act No. 44:   On February 14, 2018, defendant GOHMAN e-
2    mailed defendant PANCHERNIKOV shipping labels to send packages from
3    the Corona Residence to the Mundelein Residence.

4    Overt Act No. 45:   On February 18, 2018, defendant PANCHERNIKOV
5    sent a package to the Mundelein Residence with a shipping label
6    defendant GOHMAN had provided him.

7    Overt Act No. 46:   On February 21, 2018, defendant PANCHERNIKOV
8    sent a package to the Mundelein Residence with a shipping label
9    defendant GOHMAN had provided him.

10   Overt Act No. 47:   On February 21, 2018, defendant GOHMAN e-
11   mailed defendant SHIFRIN instructions to ship items, using aliases,
12   to two addresses in Moscow, Russia, specifically: (1) from "John
13   Mayer" at the Milwaukee Address to "Sotnikova Valentina" at the
14   Stavropolskaya Address, with the contents listed as "PorterCable 6
15   Tool Combo Kit – 1 pcs (269 usd)"; and (2) from "Alex Brown" at the
16   Milwaukee Address to "Puzakova Olga" at the Novorossiyskaya Address,
17   with the contents listed as "PorterCable 6 Tool Combo Kit – 1 pcs
18   (269 usd)."

19   Overt Act No. 48:   On February 22, 2018, an unknown co-
20   conspirator exported a package to "Olga Puzakova" at the
21   Novorossiyskaya Address, which listed the sender as "Alex Brown," an
22   alias, the sender's address as the Milwaukee Address, and the
23   contents as a "Porter Cable 6 Tool Combo Kit."

24   Overt Act No. 49:   On February 22, 2018, defendant POLOSIN e-
25   mailed defendant GOHMAN instructions to ship items, using aliases, to
26   two addresses in Moscow, Russia, specifically: (1) from "John Mayer"
27   at the Milwaukee Address to "Sotnikova Olga" at the Vysotniy Address,
28   with the contents listed as "Kitchen accessories – 1 set (82 usd)

15

Women cloth – 1 set (246 usd) Women shoes – 1 pair (149 usd)"; and (2) from "Alex Brown" at the Milwaukee Address to "Polosina Yuliya" at the Novorossiyskaya Address, with the contents listed as "PorterCable 6 Tool Combo Kit – 1 pcs (269 usd)."

Overt Act No. 50:   On February 23, 2018, defendant GOHMAN e-mailed defendant SHIFRIN the same shipping instructions that defendant POLOSIN had e-mailed to defendant GOHMAN the previous day.

Overt Act No. 51:   On February 24, 2018, an unknown co-conspirator exported a package to "Yuliya Polosina" at the Novorossiyskaya Address, which listed the sender as "Alex Brown," an alias, the sender's address as the Milwaukee Address, and the contents as a "Porter Cable Tool Kit."

Overt Act No. 52:   On February 24, 2018, an unknown co-conspirator exported a package to "Olga Sotnikova" at the Vysotniy Address, which listed the sender as "John Mayer," an alias, and the contents as "Kitchen Accessories, Women Clothes, Women Shoes."

Overt Act No. 53:   On February 24, 2018, an unknown co-conspirator exported a package to "Olga Sotnikova" at the Vysotniy Address, which listed the sender as "John Mayer", an alias, the sender's address as the Milwaukee Address, and the contents as "Kitchen Accessories."

Overt Act No. 54:   On February 25, 2018, defendant POLOSIN e-mailed defendant GOHMAN a weblink to an L3 Eotech GPNVG 18 Night Vision Goggle that was being offered for sale by an online seller.

Overt Act No. 55:   On February 26, 2018, defendant GOHMAN offered to purchase an L3 Eotech GPNVG 18 Night Vision Goggle from an online seller, and the online seller requested that defendant GOHMAN contact the seller on an encrypted mobile messaging application.

Overt Act No. 56:   On March 3, 2018, defendant GOHMAN e-mailed defendant PANCHERNIKOV a shipping label to send a package from the Corona Residence to defendant GOHMAN at the Mundelein Residence.

Overt Act No. 57:   On March 5, 2018, defendant PANCHERNIKOV shipped a package to the Mundelein Residence containing a shipping label that defendant GOHMAN had e-mailed to him on March 3, 2018.

Overt Act No. 58:   On March 9, 2018, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship a package to "Polosin Alexander" at the Stavropolskaya Address, and to list the contents of the package as a "Porter Cable Kit."

Overt Act No. 59:   On March 9, 2018, defendant GOHMAN e-mailed defendant SHIFRIN the same instructions that defendant POLOSIN had sent him earlier that day.

Overt Act No. 60:   On March 10, 2018, an unknown co-conspirator exported a package to "Alexander Polosin" at the Stavropolskaya Address, which listed the sender as "John Mayer," an alias, the sender's address as 101 Bunker Court, Vernon Hills, Illinois, and the contents as "Porter Cable 6 Tool."

Overt Act No. 61:   On May 8, 2018, defendant GOHMAN purchased a New Insight Technology AN/PSQ 20B ENVG Night Vision and Thermal riflescope from an online seller for $17,900 and directed the seller to ship the item to defendant GOHMAN at the Corona Residence.

Overt Act No. 62:   On May 14, 2018, defendant GOHMAN e-mailed defendant PANCHERNIKOV a shipping label to send a package from the Corona Residence to defendant GOHMAN at the Mundelein Residence.

Overt Act No. 63:   On May 16, 2018, defendant PANCHERNIKOV shipped a package to the Mundelein Residence containing a shipping label that defendant GOHMAN had e-mailed to him on May 14, 2018.

Overt Act No. 64:   On May 17, 2018, defendant GOHMAN e-mailed defendant SHIFRIN instructions to ship items to two addresses in Moscow, Russia, specifically: (1) "Polosina Lidiya" at the Vysotniy Address; and (2) "Sotnikova Valentina" at an address on Ostapovskiy Street (the "Ostapovskiy Address").

Overt Act No. 65:   On May 18, 2018, an unknown co-conspirator exported a package to "Lidiya Polosina" at the Vysotniy Address, which listed the sender as "Igor Semenov," an alias, and the sender's address as 172 Trade Street, Lexington, Kentucky (the "Trade Street Address").

Overt Act No. 66:   On May 19, 2018, an unknown co-conspirator exported a package to defendant POLOSIN at the Novorossiyskaya Address, which listed the sender as "Igor Sokolov," an alias, and the sender's address as the Trade Street Address.

Overt Act No. 67:   On September 10, 2018, defendant POLOSIN e-mailed defendant GOHMAN weblinks to an IR-Hunter Mark III 60mm Thermal Riflescope and a Reap-IR 35mm Mini Thermal Riflescope, both of which were being offered for sale by online sellers.

Overt Act No. 68:   On September 10, 2018, defendant GOHMAN purchased from an online seller an IR-Hunter Mark III 60mm Thermal Riflescope for $8,500, forwarded the purchase receipt to defendant POLOSIN, and directed the seller to ship the item to the Volo Residence.

Overt Act No. 69:   On September 14, 2018, defendant POLOSIN e-mailed defendant GOHMAN: (1) a picture of a carrying case for an IR-Hunter Mark III 60mm Thermal Riflescope; (2) instructions to separate the riflescope from the carrying case and to conceal the riflescope in a shipment among other items; and (3) instructions to ship a

package to the Novorossiyskaya Address, with the contents listed as shoes, accessories, and spare parts, with a total value of less than $400.

Overt Act No. 70:   On September 14, 2018, defendant GOHMAN e-mailed to defendant SHIFRIN the same picture and shipping instructions that defendant POLOSIN had sent him earlier that day.

Overt Act No. 71:   On September 15, 2018, an unknown co-conspirator exported a package to "Olga Puzakova" at the Novorossiyskaya Address, which listed the sender as "Irina Semenova," an alias, the sender's address as the Trade Street Address, and the contents as "Spare Parts Set" with a total value of $319.

Overt Act No. 72:   On November 14, 2018, defendant GOHMAN purchased ANVIS 10 night-vision goggles from an online seller for $6,850, and a REAP-IR 35-2 thermal riflescope from an online seller for $6,250.

Overt Act No. 73:   On November 23, 2018, defendant POLOSIN e-mailed defendant GOHMAN instructions to: (1) ship one package that day to the Novorossiyskaya Address and a second package the next day to the Vysotniy Address; (2) conceal a REAP-IR 35-2 thermal riflescope inside a carrying case for a Porter-Cable Kit; and (3) list the items in the first package as "PorterCable 6 Tool Combo Kit – 1 pcs (264 usd), Spare parts kit – 1 pcs (167 usd)" and the items in the second package as "Women cloth – 1 set ($188) PorterCable Grinder – 1 pcs ($116) Child cloth – 1 set ($84) Men cloth – 1 set ($142)."

Overt Act No. 74:   On November 23, 2018, defendant GOHMAN forwarded an e-mail containing shipping instructions from defendant POLOSIN to defendant SHIFRIN.

Overt Act No. 75:   On November 23, 2018, an unknown co-conspirator exported a package to "Olga Sotnikova" at the Novorossiyskaya Address, which listed the sender as "Irina Miller," an alias, the sender's address as the Trade Street Address, and the contents as "Porter Cable 6 Tool Combo Kit, Spare Parts Kit" with a total value of $431.

Overt Act No. 76:   On November 24, 2018, an unknown co-conspirator exported a package to "Lida Polosina" at the Vysotniy Address, which listed the sender as "Oleg Semenov," an alias, the sender's address as the Trade Street Address, and the contents as "Women Cloth" with a total value of $530.

Overt Act No. 77:   On December 8, 2018, defendant GOHMAN purchased an L3 AN/PVS-31A night-vision device for $17,500 from an online seller and directed the seller to ship the item to "Vladimir Gohman (Pridacha)" at the Volo Residence.

Overt Act No. 78:   On December 24, 2018, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship one package to defendant POLOSIN at an address on Sovhoznaya Street in Moscow, Russia (the "Sovhoznaya Address") with the contents listed as "Porter Cable Kit," and a second package to "Shamsutdinova Arina" at the Novorossiyskaya Address with the contents listed as "PorterCable Grinder, Women cloth, Child cloth, Men Boots."

Overt Act No. 79:   On December 24, 2018, defendant GOHMAN forwarded to defendant SHIFRIN an e-mail from defendant POLOSIN containing shipping instructions.

Overt Act No. 80:   On December 24, 2018, an unknown co-conspirator exported: one package to defendant POLOSIN at the Sovhoznaya Address, which listed the sender as "Irina Semenova," an

alias, and the sender's address as the Trade Street Address; and a second package to "Arina Shamsutdinova" at the Novorossiyskaya Address, which listed the sender as "Lera Ivanova," an alias, and the sender's address as the Trade Street Address.

Overt Act No. 81:   On December 26, 2018, defendant GOHMAN purchased from U.S. Company #1 a Reap-IR 35-millimeter mini thermal riflescope for $6,800 and directed U.S. Company #1 to ship the item to "Vladimir Gohman (Pridacha)" at the Volo Residence.

Overt Act No. 82:   On December 26, 2018, defendant GOHMAN sent U.S. Company #1 an Export Statement of Understanding that contained defendant PRIDACHA's name typed in three places and signed in one place, and which stated, among other things, that defendant PRIDACHA was a United States Citizen, was aware of the restrictions imposed by the ITAR, was aware that "all night vision equipment systems, lasers, components, goggles, and weapon sights of Generation 2, 2+, and 3, as well as infrared artifacts, illuminators and aimers, are currently identified as U.S. Munitions items," and was aware that "For thermal imaging equipment, one is not required to be a US citizen but cannot export out of the United States."

Overt Act No. 83:   On January 3, 2019, defendant PRIDACHA received a Reap-IR 35-millimeter mini thermal riflescope at the Volo Residence and signed a delivery receipt using the name "Goham."

Overt Act No. 84:   On January 14, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship one package to "Polosina Lidia" at the Sovhoznaya Address and to list the contents as "Women cloth – 1 set ($77) Child cloth – 1 set ($39) Men boots – 1 pcs ($119) PorterCable Grinder and Saw," and to ship a second package to

the Ostapovskiy Address and to list the contents as "PorterCable 8 Tool Combo Kit."

Overt Act No. 85:   On January 14, 2019, defendant GOHMAN forwarded to defendant SHIFRIN an e-mail from defendant POLOSIN containing shipping instructions.

Overt Act No. 86:   On January 15, 2019, an unknown co-conspirator exported a package to "Polosin Alexander" at the Ostapovskiy Address, which listed the sender as "Irine Ivanov," an alias, and the sender's address as the Trade Street Address.

Overt Act No. 87:   On March 21, 2019, defendant GOHMAN purchased a Reap-IR 35-millimeter mini thermal riflescope from U.S. Company #1 for $6,800 and directed U.S. Company #1 to ship the item to the Volo Residence.

Overt Act No. 88:   On March 22, 2019, defendant GOHMAN signed and returned to U.S. Company #1 an Export Statement of Understanding which stated, among other things, that defendant GOHMAN was a United States Citizen, was aware of the restrictions imposed by the ITAR, and was aware that "all night vision equipment systems, lasers, components, goggles, and weapon sights of Generation 2, 2+, and 3, as well as infrared artifacts, illuminators and aimers, are currently identified as U.S. Munitions items."

Overt Act No. 89:   On April 1, 2019, defendant PRIDACHA received a Reap-IR 35-millimeter mini thermal riflescope at the Volo Residence and signed the delivery receipt using the name "Vladimir Gohman."

Overt Act No. 90:   On April 1, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship an item to the Sovhoznaya Address and to list the contents as a tool kit with a value of $461.

1    <u>Overt Act No. 91:</u>   On April 1, 2019, defendant GOHMAN e-mailed
2    defendant SHIFRIN a document titled "declar 04-01-19" containing
3    instructions to ship an item to the Sovhoznaya Address and to list
4    the contents as a tool kit with a value of $461.

5    <u>Overt Act No. 92:</u>   On April 2, 2019, an unknown co-conspirator
6    exported a package to defendant POLOSIN at the Sovhoznaya Address,
7    which listed the sender as "Lena Ivanova," an alias, the sender's
8    address as the Trade Street Address, and the contents as "Rancher
9    Cutting Kit, LachMiller Manual" with a value of $461.

10   <u>Overt Act No. 93:</u>   On April 16, 2019, defendant SHIFRIN
11   attempted to export a package containing a carrying case for a Reap-
12   IR 35-millimeter thermal riflescope, as well as lithium ion batteries
13   used to operate thermal riflescopes, to the Novorossiyskaya Address,
14   listing the sender as "Lena Ivanov," an alias, the sender's address
15   as the Trade Street Address, and the contents as "Women clothing, 1
16   set," "Porter Cable Grinder," "Hair care set," and "Child clothing,"
17   with a total value of $410.

18   <u>Overt Act No. 94:</u>   On May 15, 2019, defendant POLOSIN e-mailed
19   defendant GOHMAN a weblink to an AN/PAS 13G Thermal Weapons Sight
20   that was being offered for sale by an online seller.

21   <u>Overt Act No. 95:</u>   On May 15, 2019, defendant GOHMAN purchased
22   an AN/PAS 13G Thermal Weapons Sight from an online seller for $6,200
23   and directed the seller to ship the item to defendant PRIDACHA at the
24   Volo Residence.

25   <u>Overt Act No. 96:</u>   On May 19, 2019, defendant GOHMAN e-mailed
26   defendant SHIFRIN instructions to ship a package to defendant POLOSIN
27   at the Sovhoznaya Address and to list the sender as "Julya Miller,"

28

at an address in Wheeling, Illinois, and the contents as "PorterCable 6 Tool Combo Kit – 1 pcs (286 usd)."

Overt Act No. 97:   On May 20, 2019, an unknown co-conspirator exported a package to the Sovhoznaya Address, which listed the sender as "Julya Miller," an alias, the sender's address as 850 Corey Lane, Apartment 12C, Wheeling, Illinois (the "Corey Lane Address"), and the contents as "6 Piece Tool Kit" with a value of $286.

Overt Act No. 98:   On June 9, 2019, defendant GOHMAN purchased an AN/PAS 13G Thermal Weapons Sight for $6,200 from an online seller and directed the seller to deliver it to the Volo Residence.

Overt Act No. 99:   On June 10, 2019, defendant GOHMAN purchased a Trijicon REAP-IR 60MM-IRMS-60-2 mini thermal riflescope for $8,560 from U.S. Company #2 and directed U.S. Company #2 to deliver it to the Volo Residence.

Overt Act No. 100:   On June 14, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship two packages: one to defendant POLOSIN at the Sovhoznaya Address with the contents listed as "PorterCable 6 Tool Combo Kit – 1 pcs (286 usd)," and one to "Olga Puzakova" at the Stavropolskaya Address with the contents listed as a "Celestron 114EQ Telescope -  1 pcs (118 usd) Accessories set – 1 pcs (164 usd)."

Overt Act No. 101:   On June 14, 2019, defendant GOHMAN e-mailed defendant SHIFRIN a document titled "declar 06-04-19," which contained shipping instructions that were the same -- including recipient and content information -- as instructions e-mailed by defendant POLOSIN to defendant GOHMAN earlier on the same day.

Overt Act No. 102:   On June 15, 2019, an unknown co-conspirator exported a package to defendant POLOSIN at the Sovhoznaya Address,

which listed the sender as "Julia Miller," an alias, the sender's address as 905 Milwaukee Ave., Apt. 5, Libertyville, IL 60048, and the contents as "Porter Cable 67001 (Combo Kit)" with a value of $286.

Overt Act No. 103:  On June 22, 2019, an unknown co-conspirator exported a package to "Olga Puzakova" at the Stavropolskaya Address, which listed the sender as "Lena Nikitina," an alias, and the sender's address as the Corey Lane Address.

Overt Act No. 104:  On June 26, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to purchase an AN/PAS 13-B Eyepiece from an online seller.

Overt Act No. 105:  June 27, 2019, defendant GOHMAN bought an AN/PAS 13-B Eyepiece from an online seller for $2,000 and directed the seller to ship the item to defendant GOHMAN at the Mundelein Residence.

Overt Act No. 106:  On July 8, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship an item to "Olga Puzakova" at the Stavropolskaya Addres with the contents listed as "PorterCable Grinder, Women cloth, Child cloth, Hair care set."

Overt Act No. 107:  On July 9, 2019, defendant GOHMAN e-mailed defendant SHIFRIN shipping instructions that defendant POLOSIN had e-mailed to defendant GOHMAN on July 8, 2019.

Overt Act No. 108:  On July 9, 2019, an unknown co-conspirator exported a package to "Olga Puzakova" at the Stavropolskaya Address, which listed the sender "Lena Nikitina," an alias, and the sender's address as the Corey Lane Address.

Overt Act No. 109:  On July 9, 2019, defendant GOHMAN purchased a Trijicon REAP-IR 60MM mini thermal riflescope from U.S. Company #2

for $8,560 and directed U.S. Company #2 to ship the item to "Vladimir Gohman (Pridacha)" at the Volo Residence.

Overt Act No. 110:  On July 28, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship an item to defendant POLOSIN at the Sovhoznaya Address and to list the contents as a Porter-Cable Kit.

Overt Act No. 111:  On July 28, 2019, defendant GOHMAN e-mailed defendant SHIFRIN the same instructions to ship a package -- including the same recipient and listed contents -- as defendant POLOSIN had e-mailed to defendant GOHMAN earlier on the same day.

Overt Act No. 112:  On July 31, 2019, an unknown co-conspirator exported a package to defendant POLOSIN at the Sovhoznaya Address, which listed the sender "Igor Molot," an alias, and the sender's address as 300 Lakeside Dr., Vernon Hills, Illinois.

Overt Act No. 113:  On August 8, 2019, defendant GOHMAN purchased a Trijicon REAP-IR 60MM mini thermal riflescope from U.S. Company #2 for $8,560 and directed U.S. Company #2 to ship the item to "Vladimir Gohman (Pridacha)" at the Volo Residence.

Overt Act No. 114:  On August 18, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship a package to "Polosina Lidia" at the Vysotniy Address, with the contents listed as a "PorterCable Kit" and "Daiwa Spinning Reel."

Overt Act No. 115:  On August 19, 2019, defendant GOHMAN e-mailed defendant SHIFRIN the same instructions to ship a package -- including the same recipient and listed contents -- as defendant POLOSIN had e-mailed to defendant GOHMAN earlier on the same day.

Overt Act No. 116:  On August 19, 2019, an unknown co-conspirator exported a package to "Lidia Poloain" at the Vysotniy

26

Address, which listed the sender as "Alex Volkov," an alias, and the sender's address as 10 Robert York Ave, Deerfield, Illinois.

Overt Act No. 117:  On September 5, 2019, defendant GOHMAN purchased two Trijicon IR Patrol M300W Thermal Weapon Mountable Monoculars from U.S. Company #2 for $12,950 and directed U.S. Company #2 to deliver them to defendant GOHMAN at the Volo Residence.

Overt Act No. 118:  On September 11, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship a package to "Polocina Julia" at the Novorossiyskaya Address, with the contents listed as "Child things, Manual tools, Men cloth, Women shoes."

Overt Act No. 119:  On September 11, 2019, defendant GOHMAN e-mailed defendant SHIFRIN the same instructions to ship a package -- including the same recipient and listed contents -- as defendant POLOSIN had e-mailed to defendant GOHMAN earlier on the same day.

Overt Act No. 120:  On September 12, 2019, an unknown co-conspirator exported a package to "Julia Polocina" at the Novorossiyskaya Address, which listed the sender as "Arina Volkova," an alias, and the sender's address as 1250 Church St., Apt. 1, Northbrook, Illinois.

Overt Act No. 121:  On October 3, 2019, defendant GOHMAN purchased a PVS-15B night vision device from an online seller and directed the seller to ship it to defendant SHIFRIN at an address in Northbrook, Illinois.

Overt Act No. 122:  On October 9, 2019, defendant SHIFRIN e-mailed defendant GOHMAN and asked for instructions regarding what she should list as the contents for a package that she intended to export that day.

Overt Act No. 123:   On October 9, 2019, defendant GOHMAN e-mailed defendant SHIFRIN instructions to ship a package to the Ostapovskiy Address, with the contents listed as "Celestron 114EQ Telescope, Badminton racket."

Overt Act No. 124:   On November 22, 2019, defendant GOHMAN purchased two IR Hunter MK III 60MM thermal riflescopes from U.S. Company #2 for $16,650 and directed U.S. Company #2 to ship the items to the Volo Residence.

Overt Act No. 125:   On December 2, 2019, defendant GOHMAN purchased a Trijicon REAP-IR 35MM mini thermal riflescope from U.S. Company #2 for $7,399 and directed U.S. Company #2 to ship the item to the Volo Residence.

Overt Act No. 126:   On December 14, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to ship a package to "Puzakova Olga" at the Stavropolskaya Address, with the contents listed as "Women cloth – 1 set, PorterCable Grinder – 1 pcs, Child Cloth – 1 set, Hair care set – 1 pcs."

Overt Act No. 127:   On December 14, 2019, an unknown co-conspirator exported a package to "Olga Puzakova" at the Stavropolskaya Address, which listed the sender as "Alan Miller," an alias, the sender's address as 127 S. Lake St., Mundelein, Illinois, and the contents as "1. Women Cloth (Jacket) $103; 2. Women Shoes $72; 3. Porter Cable Grinder $116; 4. Hair Care Set $79; 5. Child Cloth 1 Set $39."

Overt Act No. 128:   On December 28, 2019, defendant POLOSIN e-mailed defendant GOHMAN instructions to purchase a Trijicon UTC XII Universal Thermal Clip-On Sight from an online seller.

1   Overt Act No. 129:  On December 28, 2019, defendant GOHMAN

2 informed a representative from U.S. Company #2 that he wanted to

3 purchase a Trijicon UTC XII Universal Thermal Clip-On Sight from U.S.

4 Company #2.

5   Overt Act No. 130:  On January 12, 2020, defendant GOHMAN

6 provided U.S. Company #2 with a signed Export Declaration Statement

7 that listed defendant GOHMAN's address as the Volo Residence and

8 stated, among other things, that defendant GOHMAN understood the

9 Trijicon UTC XII Universal Thermal Clip-On Sight was not to be

10 exported, that defendant GOHMAN would comply with United States

11 export control regulations, that defendant GOHMAN was a United States

12 Citizen, and that defendant GOHMAN was a legal resident of the United

13 States.

14   Overt Act No. 131:  On January 13, 2020, defendant GOHMAN

15 purchased a Trijicon UTC XII Universal Thermal Clip-On Sight from

16 U.S. Company #2 for $22,082.50 and directed U.S. Company #2 to ship

17 the item to the Volo Residence.

18   Overt Act No. 132:  On January 16, 2020, defendant GOHMAN

19 purchased a REAP-IR 60MM thermal riflescope from U.S. Company #2 and

20 directed U.S. Company #2 to ship the item to the Volo Residence.

21   Overt Act No. 133:  On January 25, 2020, defendant POLOSIN e-

22 mailed defendant GOHMAN instructions to ship a package to the

23 Stavropolskaya Address, with the contents listed as "Celestron 114EQ

24 Telescope – 1 pcs."

25   Overt Act No. 134:  On January 25, 2020, an unknown co-

26 conspirator exported a package to "Olga Puzakova" at the

27 Stavropolskaya Address, which listed the sender as "Alex Molot," an

28

alias, the sender's address as 551 Farmhill Cir., Wauconda, Illinois, and the contents as "1. Celestron 114 EQ Telescope $128."

Overt Act No. 135:  On May 13, 2020, defendant GOHMAN purchased two Trijicon REAP-IR 60MM mini thermal riflescopes, bearing serial numbers 37538 and 37539, from U.S. Company #2 for $17,569.98 and directed U.S. Company #2 to ship the items to defendant GOHMAN at the Volo Residence.

Overt Act No. 136:  On May 26, 2020, defendant PRIDACHA received two Trijicon REAP-IR 60MM mini thermal riflescopes bearing serial numbers 37538 and 37539 at the Volo Residence and falsely stated that he was defendant GOHMAN to an undercover law enforcement officer who was posing as a mail carrier.

Overt Act No. 137:  On May 27, 2020, defendant SHIFRIN received two Trijicon REAP-IR 60MM mini thermal riflescopes bearing serial numbers 37538 and 37539 at the Mundelein Residence.

Overt Act No. 138:  On June 17, 2020, defendant SHIFRIN attempted to export a package to "Lidia Polosina" at the Vysotniy Address containing carrying cases for two Trijicon REAP-IR 60MM mini thermal riflescopes bearing serial numbers 37538 and 37539, but with the contents listed as one "Hard Case for Camera #27," one "Hard Case for Lens #16," and two "Power Supply Module[s]," with a total value of $165.

Overt Act No. 139:  On August 1, 2020, defendant SHIFRIN attempted to export a package to defendant POLOSIN at the Sovhoznaya Address containing a Trijicon REAP-IR 60MM mini thermal riflescope bearing serial number 37539, which listed the sender as "Alexander Belov," an alias, the sender's address as "215 N. Milwaukee Ave.,

Apt. 14, Vernon Hills, IL 60061," and the contents as "Porter Cable 6 Tool Combo Kit."

1

2

COUNT TWO

[18 U.S.C. § 371]

3  A.   OBJECTS OF THE CONSPIRACY

4      20.   Beginning no later than on or about December 13, 2016, and

5  continuing until at least on or about October 28, 2020, in Los

6  Angeles County, within the Central District of California, and

7  elsewhere, defendants VLADIMIR GOHMAN, also known as ("aka") "Mike

8  Maru" ("GOHMAN"), BORIS POLOSIN ("POLOSIN"), IGOR PANCHERNIKOV, aka

9  "Mike Maru" ("PANCHERNIKOV"), ELENA SHIFRIN ("SHIFRIN"), and VLADIMIR

10  PRIDACHA ("PRIDACHA"), together with others known and unknown to the

11  Grand Jury, conspired and agreed with each other to commit offenses

12  against the United States, namely: (1) to fraudulently and knowingly

13  export from the United States any merchandise, article, or object

14  contrary to any law or regulation of the United States and to

15  receive, conceal, buy, or in any manner facilitate the

16  transportation, concealment, or sale of such merchandise, article, or

17  object prior to exportation, knowing the same to be intended for

18  exportation contrary to any law or regulation of the United States,

19  in violation of Title 18, United States Code, Section 554; and (2) to

20  knowingly fail to file and knowingly submit false and misleading

21  export information through the Automated Export System, in violation

22  of Title 13, United States Code, Section 305(a)(1).

23  B.   MEANS BY WHICH THE OBJECT OF THE CONSPIRACY WAS TO BE

24       ACCOMPLISHED

25      21.   The objects of the conspiracy were to be accomplished, in

26  substance, as follows:

27          a.   Defendant POLOSIN would direct defendant GOHMAN to

28  purchase export-controlled thermal riflescopes, weapons sights,

monoculars, and night-vision goggles from online sellers in the
United States

      b.   Defendant POLOSIN would direct defendant GOHMAN to
have the export-controlled thermal riflescopes, weapons sights,
monoculars, and night-vision goggles exported to Russia with the
contents of the exports listed as non-export-controlled items with a
value of less than $2,500.

      c.   Defendant GOHMAN would purchase export-controlled
thermal riflescopes, weapons sights, monoculars, and night-vision
goggles from online sellers in the United States and direct the
sellers to mail the items to defendant PANCHERNIKOV, defendant
PRIDACHA, or defendant SHIFRIN.

      d.   Defendant GOHMAN would instruct defendants
PANCHERNIKOV and SHIFRIN to ship the export-controlled thermal
riflescopes, weapons sights, monoculars, and night-vision goggles to
Russia and to falsely describe the contents of the exports as non-
export-controlled items with a value of less than $2,500.  Defendant
GOHMAN would further instruct defendant SHIFRIN to use false sender
names and false sender addresses when exporting such items to Russia.

      e.   Defendant PANCHERNIKOV would mail export-controlled
thermal riflescopes, weapons sights, monoculars, and night-vision
goggles to co-conspirators in Russia without obtaining the required
export licenses or filing EEI and would list the contents of the
exports as non-export-controlled items with a value of less than
$2,500.

      f.   Defendant PANCHERNIKOV would mail export-controlled
thermal riflescopes, weapons sights, monoculars, and night-vision
goggles to defendant SHIFRIN to export to Russia.

g.    Defendant PRIDACHA would deliver export-controlled thermal riflescopes, weapons sights, monoculars, and night-vision goggles to defendant SHIFRIN to export to Russia.

h.    Defendant SHIFRIN would mail export-controlled thermal riflescopes, weapons sights, monoculars, and night-vision goggles to defendant POLOSIN and other co-conspirators in Russia without obtaining the required export licenses or filing EEI and would list the contents of the exports as non-export-controlled items with a value of less than $2,500.

C.    OVERT ACTS

22.    In furtherance of the conspiracy and to accomplish its objects, defendants GOHMAN, POLOSIN, PANCHERNIKOV, SHIFRIN, and PRIDACHA, and others known and unknown to the Grand Jury, committed various overt acts within the Central District of California, and elsewhere, including, but not limited to Overt Acts numbered 1 through 139 as set forth in Count One, which are re-alleged and incorporated by reference as if fully set forth herein.

FORFEITURE ALLEGATION

[18 U.S.C. § 981(a)(1)(C); 28 U.S.C. § 2461(c); 22 U.S.C. § 401]

1.    Pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, notice is hereby given that the United States of America will seek forfeiture as part of any sentence, pursuant to Title 18, United States Code, Section 981(a)(1)(C), Title 28, United States Code, Section 2461(c), and Title 22, United States Code, Section 401, in the event of any defendant's conviction of the offenses set forth in Counts One and Two of this Indictment.

2.    Any defendant so convicted shall forfeit to the United States of America the following:

a.    All right, title, and interest in any and all property, real or personal, constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of any offense charged in each such Count; and

b.    To the extent such property is not available for forfeiture, a sum of money equal to the total value of the property described in subparagraph a.

3.    Pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), any defendant so convicted shall forfeit substitute property, up to the total value of the property described in the preceding paragraph if, as the result of any act or omission of the defendant, the property described in the preceding paragraph, or any portion thereof (a) cannot be located upon the exercise of due diligence; (b) has been transferred, sold to, or deposited with a third party; (c) has been placed beyond the jurisdiction of the court; (d) has been

35

substantially diminished in value; or (e) has been commingled with other property that cannot be divided without difficulty.

4.    Pursuant to Title 22, United States Code, Section 401, any defendant so convicted shall forfeit to the United States of America any arms or munitions of war or other articles exported or shipped in violation of law and any vessel, vehicle, or aircraft containing the same which has been used in exporting or attempting to export such arms or munitions of war or other articles.  Additionally, any defendant so convicted shall forfeit any commodity (other than arms or munitions of war) or technology which was intended to or was exported in violation of laws, and any vessel, vehicle, or aircraft containing the same or which has been used in exporting or attempting to export such articles.

A TRUE BILL

/S/
Foreperson

TRACY L. WILKISON
Acting United States Attorney

CHRISTOPHER D. GRIGG
Assistant United States Attorney
Chief, National Security Division

MARK TAKLA
Assistant United States Attorney
Acting Chief, Terrorism and Export Crimes
Section

DAVID T. RYAN
Assistant United States Attorney
Terrorism and Export Crimes Section

WILSON PARK
Assistant United States Attorney
Terrorism and Export Crimes Section